SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@socaleag.com

Attorneys for Plaintiff
DARWIN BOGGS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN BOGGS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BRONSON INVESTMENTS, INC.;<br>BRYCE BRONSON BROWN; and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No.: 5:25-cv-00403-MWF (SHKx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that DARWIN BOGGS ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

　　(1)　*Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　　　　(i)　A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1   None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2   summary judgment.  Accordingly, this matter may be dismissed without an Order of the
3   Court.
4
5   DATED:  July 7, 2025                    **SO. CAL. EQUAL ACCESS GROUP**
6
7
8                                           By:    */s/   Jason J. Kim*
                                                   Jason J. Kim, Esq.
9                                                  Attorneys for Plaintiff
10

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**